DAMIAN R. SHEETS, ESQ.
Nevada Defense Group
714 South Fourth Street
Las Vegas, Nevada 89101
(702) 988-2600 / Fax: (702) 988-9500
dsheets@defedndingnevada.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

TIM OMAR TREVINO,

      Defendant.

Case No.:  2:19-cr-00072-JCM-BNW

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by and between ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and DAMIAN SHEETS, Esq., counsel for defendant TIM OMAR TREVINO:

THAT THE SENTENCING CURRENTLY SCHEDULED FOR October 7, 2022, at 10:00 a.m. be vacated and set to a time convenient for the Court, but not less than 30 days from the current setting.

The Stipulation is entered into for the following reasons:

1.    Defendant is currently working with family to produce and provide documentation that may be important for mitigation purposes at sentencing.

2.    Defendant and defense counsel need additional time to obtain, prepare, and produce said information to the court.

3.    The parties agree to the continuance.

4.      Defendant is in custody and agrees to the continuance.

5.      Additionally, denial of this request for continuance could result in a

miscarriage of justice.

This is the first request for a sentencing continuance for defendant TIM OMAR

TREVINO.

DATED this 23rd day of September, 2022.


                                        /s/ Allison Reese
                                        ALLISON REESE
                                        Assistant United States Attorney


                                        /s/ Damian Sheets
                                        Damian Sheets, Esq.
                                        Counsel for Defendant TIM OMAR TREVINO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.

TIM OMAR TREVINO,

      Defendant.

Case No.:  2:19-cr-00072-JCM-BNW

**ORDER TO CONTINUE CALENDAR CALL AND TRIAL**

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant is currently working with family to produce and provide documentation that may be important for mitigation purposes at sentencing.

2. Defendant and defense counsel need additional time to obtain, prepare, and produce said information to the court.

3. The parties agree to the continuance.

4. Defendant is in custody and agrees to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

    For all of the above-stated reasons, the end of justice would best be served by a continuance of the sentencing date.

…

3

ORDER

IT IS ORDERED that the sentencing currently scheduled be vacated and continued to **November 16, 2022, at 10:30 a.m.**

DATED September 23, 2022.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

4