DAMIAN R. SHEETS, ESQ.
Nevada Defense Group
714 South Fourth Street
Las Vegas, Nevada 89101
(702) 988-2600 / Fax: (702) 988-9500
dsheets@defedndingnevada.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>TIM OMAR TREVINO,<br><br>                    Defendant. | Case No.: 2:19-cr-00072-JCM-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and DAMIAN SHEETS, Esq., counsel for defendant TIM OMAR TREVINO:

THAT THE SENTENCING CURRENTLY SCHEDULED FOR November 16, 2022, at 10:00 a.m. be vacated and set to a time convenient for the Court, but avoiding November 22, 2022 through November 27, 2022, and also avoiding December 15, 2022 through December 25, 2022, as defense counsel will be out of the jurisdiction.

The Stipulation is entered into for the following reasons:

1. Defendant is currently working with family to produce and provide documentation that may be important for mitigation purposes at sentencing.

2. Defendant and defense counsel need additional time to obtain, prepare, and produce said information to the court.

3. The parties agree to the continuance.

4. Defendant is in custody and agrees to the continuance.

5. Counsel has also been informed, by Defendant's family, that defendant has tested positive for Covid-19.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a sentencing continuance for defendant TIM OMAR TREVINO.

DATED this 14th day of November, 2022.

/s/ Allison Reese
ALLISON REESE
Assistant United States Attorney

/s/ Damian Sheets
Damian Sheets, Esq.
Counsel for Defendant TIM OMAR TREVINO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIM OMAR TREVINO,

    Defendant.

Case No.: 2:19-cr-00072-JCM-BNW

**ORDER TO CONTINUE CALENDAR CALL AND TRIAL**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant is currently working with family to produce and provide documentation that may be important for mitigation purposes at sentencing.
2. Defendant and defense counsel need additional time to obtain, prepare, and produce said information to the court.
3. The parties agree to the continuance.
4. Defendant is in custody and agrees to the continuance.
5. Counsel has also been informed, by Defendant's family, that defendant has tested positive for Covid-19.
6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

…

<u>ORDER</u>

IT IS ORDERED that the sentencing currently scheduled be vacated and continued to **January 13, 2023, at 11:00 a.m.**

DATED November 14 2022.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE